# O'BRIEN, BELLAND & BUSHINSKY, LLC

ROBERT F. O'BRIEN (NJ, PA & DC)
MARK E. BELLAND (NJ & PA)
STEVEN J. BUSHINSKY (NJ, NY & PA)
THOMAS F. KARPOUSIS (NJ)
KEVIN D. JARVIS (NJ & NY)
TIMOTHY P. HAGGERTY (NJ)
DAVID F. WATKINS, JR. (NJ & PA)
MATTHEW B. MADSEN (NJ & NY)
DAVID H. LIPOW (NJ & PA)
DANIEL A. HOROWITZ* (NJ & PA)
ROSINA M. ERMILIO (PA)
RYAN GEIB (NJ & PA)

ATTORNEYS AT LAW

509 S. LENOLA ROAD
BUILDING 6
MOORESTOWN, NEW JERSEY 08057

(856) 795-2181
(888) 609-8300
FAX (856) 581-4214
INTERNET: WWW.OBBBLAW.COM
E-MAIL: OBBB@OBBBLAW.COM

OF COUNSEL
CARL J. MINSTER III (PA & NJ)
DAVID J. J. FACCIOLO (DE & PA)
DAVID R. THIERMAN* (NJ, PA & FL)
-------------------------------------
JOAN FREEDMAN MEYER (NJ & PA)
1931-2011

* MASTERS OF LAW IN TAXATION

EMAIL: sbushinsky@obbblaw.com

File No.: 5607

May 1, 2023

Hon. Zahid N. Quraishi
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      RE:     Trustees of the Sheet Metal, Air, Rail, Transportation Workers International Association Local 27 Annuity Fund, et al v. Halo Marx Sheet Metal; d/b/a Marx Sheet Metal & Mechanical, Inc.
Case No: 3:22-cv-6402 (ZNQ-JBD)

Your Honor:

      Please recall that, this office is counsel to the Sheet Metal, Air, Rail, Transportation Workers International Association Local 27 Annuity Fund, et al ("the Funds") in the above matter. The purpose of this letter is to inform Your Honor that on or about April 6, 2023, Defendant Halo Marx Sheet Metal; d/b/a Marx Sheet Metal & Mechanical, Inc., filed for Chapter 7 Bankruptcy protection, in the United States Bankruptcy Court for the Middle District of Pennsylvania, Case No. 5:23-bk-0839-MJC. Pursuant to the provisions of the Bankruptcy Code and the Automatic Stay, we ask that this matter be stayed pending the outcome of the Bankruptcy proceedings.

      Thank you for your consideration of this request.

      Respectfully yours,

*/s/ Steven J. Bushinsky*
Steven J. Bushinsky, Esquire

SJB/jf